UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

C.J.-R.,

                      Plaintiff,                    **ORDER**

      -against-                      25 Civ. 6298 (AEK)

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In accordance with the Standing Order that was docketed in this case on October 14, 2025, *see* ECF No. 11, and the schedule extension order issued on October 23, 2025, *see* ECF No. 13, the schedule for the parties' remaining submissions is as follows:

    (1)    Plaintiff's brief must be filed by **January 12, 2026**;

    (2)    The Commissioner's brief must be filed by **April 27, 2026**.

    (3)    Plaintiff's reply, if any, must be filed by **May 11, 2026**.

Dated:  November 17, 2025
           White Plains, New York

                                            **SO ORDERED.**

                                            _____
                                            ANDREW E. KRAUSE
                                            United States Magistrate Judge