**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 CHRISTINE JOHNSEN-REGA,

                            Plaintiff,                    25 **CIVIL** 6298 (AEK)

       -v-                                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated April 21, 2026, the Commissioner's decision as to the period between March 25, 2020 and December 9, 2024 be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, for further administrative proceedings, including offering the plaintiff an opportunity for a new hearing, and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**Dated:**  New York, New York

     April 22, 2026

                                   **TAMMI M. HELLWIG**
                               _____
                                      **Clerk of Court**

                    **BY:**           K. mango

                           _____
                             **Deputy Clerk**